## CHARLES D. GIANETTI *v.* NORWALK HOSPITAL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 64 Conn. App. 218 (AC 20197), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that, on the remand, the plaintiff was entitled to prove damages for only one year?"

KATZ, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16640X01.

*William F. Gallagher* and *Hugh D. Hughes*, in support of the petition.

Decided December 4, 2001